ALISA KORNILOVA
965 WILSON BLVD., APT. 123,
EL DORADO HILLS, CA 95762
TEL.: (669) 249-9263
alina.henders@gmail.com

Plaintiff

RECEIVED
JUN 11 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

SCANNED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ALISA KORNILOVA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>DARRYL HENDERSON,<br><br>　　　　　Defendant. | Case No. _____<br><br>COMPLAINT<br>DEMAND FOR I-864 CONTRACTUAL OBLIGATIONS<br><br>Jury Trial: *(check one)*  Yes   No ✓ |

**1. Jurisdiction.** This court has subject matter jurisdiction of a lawsuit to enforce the obligations under a US Citizenship and Immigration Services (USCIS) I-864 Affidavit of Support Under Section 213A of the INA (hereinafter "Form I-864") under 8 U.S.C. section 1183a(a)(1)(A). See also 8 CFR §213a.4(a)(1).

**2. Venue.** Venue is appropriate in this court because the defendant resides in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district.

1
COMPLAINT

**3. Intradistrict Assignment.** This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events and omissions which gave rise to this lawsuit occurred in Santa Clara County.

**4. The Parties to This Complaint**

a. The Plaintiff

Alisa Kornilova

965 Wilson Blvd., apt. 123,

El Dorado Hills, CA 95762

(669) 249-9263

alina.henders@gmail.com

b. The Defendant

Darryl L. Henderson

Engineering Project Manager

1317 Moonlight Way, Milpitas, CA 95035

(408) 660-06-00

macish@me.com

**5. Statement of Facts**

5.1. Defendant sponsored Plaintiff as an immigrant to the United States alongside her mother Alina Henderson, subject to Defendant and Plaintiff's mother's marriage. On October 17, 2018, Defendant signed Form I-864 where Plaintiff's name was listed as a beneficiary. On August 22, 2020, Defendant left Plaintiff and her mother without means of subsistence.

5.2. Plaintiff do not earn any money. Plaintiff depends 100% on her mother's earnings which is not enough to cover day-to-day expenses and extracurricular activities.

5.3. Plaintiff's mother raised this issue in the Superior Court of California County of Santa Clara Court Family Justice Center Courthouse, but because Plaintiff is not a Defendant's biological daughter the Court dismissed that action for lack of jurisdiction.

# 6. Relief

I am asking the court to order to enforce the contractual obligations under Form I-864 starting from August 22, 2020.

# 7. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: 06/08/2021

Plaintiff Alisa Kornilova, Pro Se