1  Your Name:    ALISA KORNILOVA
2  Address:      965 Wilson Blvd., apt. 123, El Dorado Hills, CA 95762
3  Phone Number: (669)249-9263
4  Fax Number:
5  E-mail Address: alina.henders@gmail.com
6  Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*:  ☐ San Francisco   ☐ Oakland   ☑ San Jose   ☐ Eureka

ALISA KORNILOVA

Plaintiff,

vs.

DARRYL HENDERSON

Defendant.

Case Number: 5:21-cv-04516-SVK

*[Check box for party submitting statement]*:

☑ **Plaintiff's**    ☐ **Defendant's**

**CASE MANAGEMENT STATEMENT**

DATE: 09/14/2021
TIME: 9:30 AM
JUDGE: Hon. Susan van Keulen

*[See the Instructions for more detailed information about how to complete this template.]*

CASE MANAGEMENT STATEMENT; CASE NO.: 5:21-cv-04516-SVK
PAGE NO. 1   OF   7    *[JDC TEMPLATE – Rev. 05/17]*

## 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* US Citizenship and Immigration Services (USCIS) I-864 Affidavit of Support Under Section 213A of the INA (hereinafter "Form I-864") under 8 U.S.C. section 1183a(a)(1)(A). See also 8 CFR §213a.4(a)(1).

☐ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. SERVICE

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| DARRYL HENDERSON | | ☐ Yes ☑ No | ☐ Yes ☑ No |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |

☐ *Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.*

## 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Defendant sponsored Plaintiff as an immigrant to the United States alongside her mother

Alina Henderson, subject to Defendant and Plaintiff's mother's marriage. On October 17, 2018,

Defendant signed Form I-864 where Plaintiff's name was listed as a beneficiary. On August 22,

2020, Defendant left Plaintiff and her mother without means of subsistence.

Plaintiff do not earn any money. Plaintiff depends 100% on her mother's earnings which is

not enough to cover day-to-day expenses and extracurricular activities.

Plaintiff's mother raised this issue in the Superior Court of California County of Santa Clara

Court Family Justice Center Courthouse, but because Plaintiff is not a Defendant's biological

daughter the Court dismissed that action for lack of jurisdiction.

CASE MANAGEMENT STATEMENT; CASE NO.: 5:21-cv-04516-SVK
PAGE NO. 2    OF  7    *[JDC TEMPLATE – Rev. 05/17]*

### 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

Defendant signed Form I-864 that states that Defendant as a sponsor of the sponsored immigrants must:

"Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size", if an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that he has signed, until his obligations under Form I-864 terminate

The law concerning the affidavit of support is found in Sections 212(a)(4) and 213A of the Immigration and Nationality Act (INA).

The provisions are codified in Title 8 of the Code of Federal Regulations (CFR) at 8 CFR 213a.

### 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
|  |  |  |
|  |  |  |

☐ *Check box if there are more motions and add a page at the end with additional information.*

### 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* Alisa Kornilova

  ☑ does not plan to amend the Complaint.

  ☐ plans to amend the Complaint by *[date]* _____

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* __Alisa Kornilova__ has

  ☑ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☑ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☑ Parties have <u>not</u> yet sent each other Initial Disclosures, but agree to exchange them by *[date]* __Plaintiff's Initial Disclosures have been sent on 09/03/2021__

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

_____
_____
_____
_____
_____
_____
_____

## 10. CLASS ACTIONS

Not applicable.

CASE MANAGEMENT STATEMENT; CASE NO.: 5:21-cv-04516-SVK
PAGE NO. 4 OF 7   *[JDC TEMPLATE – Rev. 05/17]*

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is not aware of any related cases.

☑ is aware of related cases *[list cases]*: IRMO Henderson (20FL002619)

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Plaintiff is requesting that Defendant meet the condition of the signed

Affidavit of Support (Form I-864) and maintain Plaintiff at an income that is at least

125 percent of the Federal Poverty Guidelines but not less $1,500 per month

starting from August 22, 2020.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☑ Mediation

☐ Other

Information needed:

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* Alisa Kornilova

  ☑ does consent to a magistrate judge.

  ☐ does <u>not</u> consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐ Not applicable.

☑ Issues that can be resolved by agreement: if Defendant agrees to pay his contractual obligations.

☐ Issues that can be resolved by motion: 

### 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

### 18. SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑ Agree to have Court set deadlines.

☐ Proposed deadlines:

### 19. TRIAL

*Check the box that applies and estimate how long the trial will last.*

☐ This case will be tried by a jury. The trial is expected to last ____ days.

☑ This case will be tried by a judge. The trial is expected to last  2  days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: 09/03/2021      Sign Name: [signature]

Print Name: Alisa Kornilova

*Pro se*

CASE MANAGEMENT STATEMENT; CASE NO.: 5:21-cv-04516-SVK
PAGE NO. 7  OF  7    *[JDC TEMPLATE – Rev. 05/17]*