Justice Diversity CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. Case Name: _____A.K._____ v. _Darryl Henderson_____

2. Case Number: _5:21-cv-04516-SVK

3. What documents were served? *[Write the full name or title of the document or documents]* : (1) Notice and Motion to Dismiss and Memorandum In Support; (2) Declaration of Darryl Henderson; (3) Request for Judicial Notice; and (4) Proposed Order

4. How was the document served? *[check one]*

    ☒ Placed in U.S. Mail

    ☐ Hand-delivered

    ☐ Sent for delivery (e.g., FedEx, UPS)

    ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

    **Alisa Kornilova**_____

6. When were the documents sent? _____

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: _____

    Name:        __Darryl Henderson_____

    Address: **1317 Moonlight Way Milpitas, CA. 95035**_____

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*