UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA KORNILOVA,<br>     Plaintiff,<br>     v.<br>DARRYL LANCE HENDERSON,<br>     Defendant. | Case No. 21-cv-04516-SVK<br><br>**ORDER TERMINATING AS MOOT ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>Re: Dkt. No. 11 |

On September 8, 2021, Defendant filed an administrative motion to extend the September 9, 2021 deadline to file a response to the Complaint. Dkt. 11. On September 9, 2021, Defendant filed a motion to dismiss the Complaint. Dkt. 12. Because Defendant's motion to dismiss, which is a responsive pleading, was filed by the original September 9, 2021 deadline, the Court terminates as moot Defendant's motion to extend the deadline to file a responsive pleading.

**SO ORDERED.**

Dated: September 13, 2021

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge