United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA KORNILOVA,<br>          Plaintiff,<br>     v.<br>DARRYL LANCE HENDERSON,<br>          Defendant. | Case No.  21-cv-04516-SVK<br><br>**ORDER ON MOTION TO DISMISS**<br>Re: Dkt. No. 12 |

Now before the Court is Defendant's unopposed motion to dismiss.  Dkt. 12.  After filing the motion, Defendant filed a proof of service of the motion on Plaintiff.  Dkt. 14.  However, the proof of service does not provide the contact information for Plaintiff as requested in Question 5.  *Id.*  In addition, although Question 7 of the proof of service requires that the person who served the motion sign the document under penalty of perjury, the proof of service is not signed.  Due to these deficiencies in the proof of service, the motion to dismiss is **DENIED**.

Plaintiff is directed to re-serve the motion to dismiss and file a proper proof of service no later than **November 2, 2021.**

**SO ORDERED.**

Dated: October 12, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge