**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** _____A.K_____ v. _Henderson_____

2. **Case Number:** _5:21-cv-04516-SVK__

3. **What documents were served?:** (1) Notice and Motion to Dismiss and Memorandum In Support; (2) Declaration of Darryl Henderson; (3) Request for Judicial Notice; (4) Proposed Order; and (5) Reply Brief in Support of Motion to Dismiss

4. **How was the document served?** *[check one]*

    ✓ Placed in U.S. Mail AND

    ✓ Emailed to alina.henders@gmail.com

    ☐ Hand-delivered

    ☐ Sent for delivery (e.g., FedEx, UPS)

    ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

    **By mail:**
    **Alissa Kornilova**
    **965 Wilson Blvd, Apt. 123**
    **El Dorado Hills, CA 95762**

    **And by Email: alina.henders@gmail.com**

6. **When were the documents sent?** __October 15, 2021

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: _____*[signature]*_____

    Name:        Darryl Henderson __

    Address:     1317 Moonlight Way

                 Milpitas, CA 95035 _____

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*