UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA KORNILOVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARRYL LANCE HENDERSON,<br><br>　　　　Defendant. | Case No.  21-cv-04516-SVK<br><br>**ORDER DISMISSING CASE** |

　　　　Plaintiff Alisa Kornilova filed this case on June 11, 2021, alleging that Defendant Darryl Lance Henderson has breached his obligation to support Plaintiff under a Form I-864 affidavit Defendant filed in support of Plaintiff's immigration to the United States. Dkt. 1 (Complaint). All parties have consented to the jurisdiction of a magistrate judge. Dkt. 6, 15.

　　　　Defendant moved to dismiss the Complaint, arguing that the Court lacks subject matter jurisdiction and that the Complaint fails to state a claim upon which relief can be granted. Dkt. 12. After filing the motion to dismiss, Defendant filed a proof of service of the motion on Plaintiff. Dkt. 14. Plaintiff did not file any response to the motion to dismiss. However, due to deficiencies in the proof of service, the Court directed that the motion be re-served. Dkt. 22. Defendant subsequently filed a proof of service showing that the motion had been re-served. Dkt. 23. Plaintiff again failed to file any response to the motion to dismiss.

　　　　On December 27, 2021, the Court issued an order granting Defendant's motion to dismiss. Dkt. 24. Although Plaintiff had not opposed the motion to dismiss or requested leave to amend, the Court granted her one final opportunity to amend the Complaint and set a deadline of February 4, 2022. *Id.* at 3. The Court's December 27, 2021, order further provided as follows:

> To allow time for mailing, the Court will wait until February 18, 2022 before taking action. **If an amended complaint is not received by the Court by February 18, 2022, this case will be dismissed with prejudice on that date.**

*Id.* (emphasis in original).

////

As of the date of this order, no amended complaint has been received.  Accordingly, this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: February 28, 2022

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge

2